1  JOCELYN BURTON (SBN 135879)
   SCOTT NAKAMA (SBN 296732)
2  BURTON EMPLOYMENT LAW
   1939 Harrison Street, Ste. 400
3  Oakland, CA 94612
   Telephone: (510) 350-7025
4  Facsimile: (510) 473-3672
   E-mail: jburton@burtonemploymentlaw.com
5  E-mail: snakama@burtonemploymentlaw.com

6  Attorneys for Plaintiff
   THERESA LING
7

   Kathleen M. Hurly (State Bar No. 169907)
8  JACKSON LEWIS P.C.
   50 California Street, 9th Floor
9  San Francisco, California 94111-4615
   Telephone: (415) 394-9400
10 Facsimile: (415) 394-9401
   E-mail: Kathleen.Hurly@jacksonlewis.com
11
   Attorneys for Defendants
12 HILTON MANAGEMENT LLC, and PARK
   HOTELS & RESORTS INC.

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

| THERESA LING, | Case No. 3:19-cv-00070-EMC |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| HILTON MANAGEMENT LLC, HILTON DOMESTIC OPERATING CO LLC, and PARK HOTELS & RESORTS INC., | |
| Defendants. | Complaint Filed: January 4, 2019 |

///

///

///

///

///

1

STIPULATION OF DISMISSAL                                   Case No. 3:19-cv-00070-EMC

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss this entire action with prejudice.

DATED: October 17, 2019    JACKSON LEWIS P.C.


By:    /s/   Kathleen Hurly
Kathleen Hurly
Attorneys for Defendants
HILTON MANAGEMENT LLC and
PARK HOTELS AND RESORTS INC.


DATED: October 17, 2019    BURTON EMPLOYMENT LAW


By:    /s/   Scott S. Nakama
Jocelyn Burton
Scott S. Nakama
Attorneys for Plaintiffs
THERESA LING

## LOCAL RULE 5-1(i)(3) ATTESTATION

I hereby attest that concurrence in the filing of the document has been obtained from attorney Scott S. Nakama.

DATED: October 17, 2019    /s/ Kathleen Hurly


DATED: October 18, 2019

**GRANTED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA